The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEBBIE E. HULSE,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foregin Corporation, and ALLSTATE INSURANCE COMPANY, a Foreign Corporation,<br><br>　　　　　　　　　Defendants. | No. 2:19-cv-01453-RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINES |

**ORDER**

Based on the Stipulated Motion filed by the parties, it is hereby ORDERED that the deadline to disclose expert testimony is September 30, 2020; the deadline for filing motions related to discovery is September 30, 2020; the deadline to complete discovery is October 30, 2020; and the deadline to file dispositive motions is November 5, 2020.

IT IS SO ORDERED.

ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINES
(2:19-cv-01453-RSM) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

DATED this 5th day of June, 2020.

                                     _____
                                     RICARDO S. MARTINEZ
                                     CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINES
(2:19-cv-01453-RSM) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384