UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBBIE E. HULSE,<br><br>           Plaintiff,<br><br>   v.<br><br>STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE<br>COMPANY, et al.,<br><br>           Defendants. | CASE NO. C19-1453 RSM<br><br>ORDER DENYING STIPULATED MOTION FOR EXTENSION OF DEADLINES |

This matter comes before the Court on the parties' Stipulated Motion to extend the discovery and dispositive motions deadlines in this matter. Dkt. #28. The deadlines in this case have been extended by the Court twice previously based on stipulations from the parties. Dkts. #21 and #24. The discovery motions deadline passed on September 30, 2020, the discovery cutoff is currently October 30, 2020, and the dispositive motions deadline is November 5, 2020. Dkt. #24. Trial is scheduled for January 11, 2021. Dkt #22.

The parties now request that the Court continue the discovery cutoff from October 30 to November 30, 2020, "in order to complete necessary depositions of experts and treating doctors in this case and… change the deadline for filing dispositive motions and motions to exclude

ORDER DENYING STIPULATED MOTION FOR EXTENSION OF DEADLINES - 1

expert testimony from November 5, 2020 to December 4, 2020." Dkt. #28 at 1. However, the parties ask that the trial date remain the same.

Although there may be good cause for resetting these deadlines, the Court will deny the Motion as proposed. The newly-sought dispositive motions deadline and deadline for motions to exclude expert testimony does not provide the Court with enough time to address such motions prior to the trial date.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that the parties' Stipulated Motion, Dkt. #28, is DENIED. The current deadlines remain in place. Nothing in this Order precludes the parties from seeking the above relief in conjunction with an extension of the trial date.

DATED this 27th day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE