Judge Ricardo S. Martinez

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| DEBBIE E. HULSE<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation, AND ALLSTATE INSURANCE COMPANY, a Foreign Corporation,<br><br>Defendants. | No. 2:19-cv-01453-RSM<br><br>ORDER GRANTING THE PARTIES STIPULATED MOTION TO CONTINUE TRIAL DATE |

## **ORDER**

Based on the Stipulated Motion filed by the Parties, it is so ORDERED that the trial date in this matter will be continued to June 21, 2021. Further, an amended pre-trial scheduling order will be issued with dates in that order continued consistent with the new trial date.

DATED this 2nd day of November, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING THE STIPULATED MOTION TO
CONTINUE TRIAL DATE - 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4837-2780-8464.1

1

2  Presented by:

3  */s/Mercedes Donchez*                          */s/ Jonathan R. Missen*
   Jeffrey J. Donchez, WSBA #17129              Heather M. Jensen, WSBA #29635
4  Mercedes Donchez, WSBA #51085                Jonathan R. Missen, WSBA #42689
   Attorneys for Plaintiff                      Attorneys for Defendant State Farm
5

6
                                                */s/Irene M. Hecht*
7                                               Irene M. Hecht, WSBA #18569
                                                Maureen M. Falecki, WSBA #18569
8                                               Attorneys for Defendant Allstate

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING THE STIPULATED MOTION TO          LEWIS BRISBOIS BISGAARD & SMITH LLP
CONTINUE TRIAL DATE - 2                          1111 Third Avenue, Suite 2700
                                                 Seattle, Washington 98101
                                                 206.436.2020
4837-2780-8464.1