Judge Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| DEBBIE E. HULSE<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation, AND ALLSTATE INSURANCE COMPANY, a Foreign Corporation,<br><br>　　　　Defendants. | No. 2:19-cv-01453-RSM<br><br>ORDER GRANTING THE PARTIES THIRD STIPULATED MOTION TO CONTINUE TRIAL DATE |

**ORDER**

Based on the Stipulated Motion filed by the Parties, it is so ORDERED that the trial date in this matter will be continued to August 16th, 2021. Further, an amended pre-trial scheduling order will be issued with dates in that order continued consistent with the new trial date.

DATED this 1st day of April, 2021.

_[signature]_

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING THE THIRD STIPULATED MOTION TO
CONTINUE TRIAL DATE - 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Presented by:

| | |
|---|---|
| */s/Mercedes Donchez* | */s/ Jonathan R. Missen* |
| Jeffrey J. Donchez, WSBA #17129 | Heather M. Jensen, WSBA #29635 |
| Mercedes Donchez, WSBA #51085 | Jonathan R. Missen, WSBA #42689 |
| Attorneys for Plaintiff | Attorneys for Defendant State Farm |
| | |
| | */s/Irene M. Hecht* |
| | Irene M. Hecht, WSBA #18569 |
| | Maureen M. Falecki, WSBA #18569 |
| | Attorneys for Defendant Allstate |